Assessment History for Parcel 729710707900000 Page 1 of 1
Case 13-33485-DOT    Doc 16-1    Filed 07/08/13    Entered 07/08/13 13:49:59    Desc
Exhibit(s) tax assessment    Page 1 of 1



EDWARDS-KENDRICK JAMETTA D
221691002
FOUR SEASONS L 18 BK B
Print This Window | Close this Window

| Asmt Year | Eff Date | Land Value | Land Use Value | Building(s) | Total Assessment |
|---|---|---|---|---|---|
| 2013 | 1/1/2013 | $50,000 | $0 | $117,500 | $167,500 |
| 2012 | 1/1/2012 | $50,000 | $0 | $123,900 | $173,900 |
| 2011 | 1/1/2011 | $52,000 | $0 | $128,900 | $180,900 |
| 2010 | 1/1/2010 | $54,000 | $0 | $142,600 | $196,600 |
| 2009 | 1/1/2009 | $54,000 | $0 | $142,600 | $196,600 |
| 2008 | 1/1/2008 | $54,000 | $0 | $150,200 | $204,200 |
| 2007 | 1/1/2007 | $40,000 | $0 | $119,600 | $159,600 |
| 2006 | 1/1/2006 | $32,000 | $0 | $111,700 | $143,700 |
| 2005 | 1/1/2005 | $28,000 | $0 | $97,400 | $125,400 |
| 2004 | 1/1/2004 | $28,000 | $0 | $87,100 | $115,100 |
| 2003 | 1/1/2003 | $25,000 | $0 | $85,900 | $110,900 |
| 2002 | 1/1/2002 | $21,000 | $0 | $86,000 | $107,000 |
| 2001 | 1/1/2001 | $19,500 | $0 | $80,400 | $99,900 |
| 2000 | 1/1/2000 | $19,500 | $0 | $79,900 | $99,400 |
| 1999 | 1/1/1999 | $19,500 | $0 | $79,900 | $99,400 |
| 1998 | 1/1/1998 | $19,500 | $0 | $74,800 | $94,300 |
| 1997 |  | $18,500 | $0 | $73,400 | $91,900 |
| 1996 |  | $18,500 | $0 | $73,400 | $91,900 |
| 1995 |  | $16,500 | $0 | $73,400 | $89,900 |
| 1994 |  | $14,500 | $0 | $73,400 | $87,900 |
| 1993 |  | $14,500 | $0 | $69,200 | $83,700 |
| 1992 |  | $14,500 | $0 | $69,200 | $83,700 |
| 1991 |  | $14,500 | $0 | $69,200 | $83,700 |
| 1990 |  | $14,000 | $0 | $65,900 | $79,900 |
| 1989 |  | $12,500 | $0 | $60,800 | $73,300 |
| 1988 |  | $12,500 | $0 | $60,800 | $73,300 |
| 1987 |  | $12,000 | $0 | $60,800 | $72,800 |